**Order entered September 9, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00479-CV

### SHARLET O. MITCHELL, ET AL., Appellants

### V.

### NUGGEHALI NEIL SATYU, MD AND ZAHOUR AHMED, MD, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03855-D**

## ORDER

We **GRANT** appellee Zahoor Ahmed, M.D.'s unopposed motion for extension of time

and **ORDER** his brief be filed no later than September 18, 2014.  No further extensions will be

granted absent exigent circumstances.

/s/ ELIZABETH LANG-MIERS
   JUSTICE